Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX   79424
(806) 748-1980 Office
(806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON WADE VARNER | § | CASE NO. 10-70188-HDH-13 |
| | § | |
| | § | HEARING DATE: 06-16-2010 |
| DEBTOR(S) | § | HEARING TIME: 10:00 A.M. |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW WALTER O'CHESKEY,** Standing Chapter 13 Trustee (hereinafter

referred to as "Trustee"), and files this his Objection to Confirmation in opposition to

confirmation of Debtor's Chapter 13 Plan and Motion for Valuation filed herein by the

above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy

   Code on April 29, 2010.

2. Debtor(s) are <u>below</u> the median income as defined by 11 U.S.C. Sec. 1325.

3. Trustee alleges the income in Schedule I is incorrect should include income

   from rental property.

4. Trustee objects to Debtor's Chapter 13 Plan in accordance to 11 U.S.C. 1325

   (b) (1) (B) as the Trustee is unable to verify monthly disposable income.

WHEREFORE, the Trustee prays that the Bankruptcy Court deny confirmation of

the Debtor's Chapter 13 Plan and Motion for Valuation and for such other relief to which

this bankruptcy estate may be justly entitled.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: June 3, 2010 | /S/ Walter O'Cheskey |
| | Walter O'Cheskey, Trustee |
| | 6308 Iola Avenue |
| | Lubbock, TX  79424 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to
Confirmation was this date served on the following parties at the addresses listed below
by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| William Neary | Debtor(s): |
| United States Trustee | JASON WADE VARNER |
| 1100 Commerce Street, Room 9C60 | 9285 CR 119N |
| Dallas, Texas 75242 | OKLAUNION, TX 76373 |

MONTE J WHITE
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS, TX 76301

| | |
|---|---|
| Date: June 3, 2010 | /S/ Walter O'Cheskey |
| | Office of the Standing Trustee |