IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | | |
|---|---|---|---|
| JASON WADE VARNER | Date | 09/01/2010 | Debtor Attorney<br>MONTE J WHITE |
| 9285 CR 119N | Case Number | 10-70188-HDH-13 | ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE |
| OKLAUNION TX 76373 | 90 Day Bar Date | 08/30/2010 | WICHITA FALLS,TX 76301-0000 |
| | Govt Bar Date | 10/26/2010 | |

### TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | 0.00 | 2,699.00 | Legal |
| 001-1 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | | 301.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 21125<br><br>PHILADELPHIA,PA 19114- | | | 0.00 | 0.00 | Notice Only |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- | | | 0.00 | 71.44 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | SHAMROCK BANK NA<br>104 N COBLAKE<br><br>APACHE,OK 73006- | 05/24/2010 | 2460 | 7,436.00 | 7,436.00 | Secured |
| 008-1 | SHAMROCK BANK NA<br>104 N COBLAKE<br><br>APACHE,OK 73006- | 05/24/2010 | 2460 | | 83.08 | Unsecured |

Continued on Next Page

Case 10-70188-hdh13  Doc 22  Filed 09/01/10  Entered 09/01/10 11:59:35  Desc
Page 2 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page   2

In RE:   JASON WADE VARNER                                                        Case Number   10-70188-HDH-13     9/1/2010

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 009-0 | JPMORGAN CHASE BANK NATIONAL A<br>ATTN OH4-7133<br>3415 VISION DRIVE<br>COLUMBUS,OH 43219- | | 0488 | 16,397.00 | 0.00 | Continue<br>Not Filed |
| 010-0 | COUNTY OF WILBARGER<br>C/O MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100 PO BOX 1269<br>ROUND ROCK,TX 78680- | 06/04/2010 | xxxxxxxxxx6400 | 670.37 | 743.00 | Secured |
| 011-0 | WILBARGER COUNTY APPRAISAL DIS<br>C/O MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100  PO BOX 1269<br>ROUND ROCK,TX 78680- | 06/04/2010 | xxxxxxxxxx6400 | 1,962.48 | 988.77 | Secured |
| 012-0 | CAPITAL ONE BANK USA<br>BY AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE,NC 28272-1083 | 07/30/2010 | xxxx/394 | 1,689.00 | 1,699.17 | Unsecured |
| 013-0 | ECAST SETTLEMENT CORPORATION<br>PO BOX 29262<br>NEW YORK,NY 10087-9262 | 08/02/2010 | 3230 | 2,324.00 | 2,304.54 | Unsecured |
| 014-0 | CITI<br>PO BOX 6241<br>SIOUX FALLS,SD 57117- | | 2826 | 3,562.00 | 0.00 | Unsecured<br>Not Filed |
| 015-0 | ECAST SETTLEMENT CORPORATION<br>PO BOX 29262<br>NEW YORK,NY 10087-9262 | 07/14/2010 | 5931 | 3,562.00 | 3,631.92 | Unsecured |
| 016-0 | CITIBANK NA<br>ATTN CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195- | | 4304 | 11,661.00 | 0.00 | Unsecured<br>Not Filed |
| 017-0 | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY,OH 43054- | 05/04/2010 | 5525 | 10,069.00 | 10,326.12 | Unsecured |
| 018-0 | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY,OH 43054- | 05/04/2010 | 1766 | 5,119.00 | 5,119.94 | Unsecured |
| 019-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 07/07/2010 | 7381 | 420.00 | 420.27 | Unsecured |
| 020-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 06/28/2010 | 4843 | 2,052.00 | 2,052.51 | Unsecured |
| 021-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 06/23/2010 | 7886 | 2,918.00 | 2,918.75 | Unsecured |
| 022-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 07/15/2010 | 8223 | 1,135.00 | 1,135.14 | Unsecured |

Continued on Next Page

Case 10-70188-hdh13 Doc 22 Filed 09/01/10 Entered 09/01/10 11:59:35 Desc
Page 3 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 3

In RE: JASON WADE VARNER          Case Number  10-70188-HDH-13          9/1/2010

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 023-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 07/19/2010 | 8234 | 160.00 | 160.32 | Unsecured |
| 024-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 07/08/2010 | 5218 | 73.00 | 85.48 | Unsecured |
| 025-0 | WILBARGER GENERAL HOSPITAL<br>PO BOX 361230<br>BIRMINGHAM,AL 35236- | | 4488 | 1,143.35 | 0.00 | Unsecured<br>Not Filed |
| 026-0 | PEGGY VARNER-HOWE<br>9285 CR 119 N<br>OKLAUNION,TX 76373- | | | 0.00 | 0.00 | Notice Only |
| 027-0 | SHAMROCK BK<br>125 N MAIN<br>COALGATE,OK 74538- | | | 0.00 | 0.00 | Notice Only |
| 028-0 | CITY OF VERNON<br>PO BOX 1519<br>VERNON,TX 76385- | 05/25/2010<br>NOT PROVIDED FOR IN PLAN; NEED TREATMENT | x9500 | 0.00 | 100.30 | Secured |
| 029-0 | JP MORGAN CHASE<br>PO BOX 829009<br>DALLAS,TX 75382-9009 | | | 0.00 | 0.00 | Notice Only |
| 030-0 | WILBARGER CAD<br>2808 WILBARGER STREET<br>PO BOX 1519<br>VERNON,TX 76385- | | | 0.00 | 0.00 | Notice Only |
| 031-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- | | 7886 | 0.00 | 0.00 | Notice Only |
| 032-0 | GEMB/WALMART<br>PO BOX 981400<br>EL PASO,TX 79998- | | | 0.00 | 0.00 | Notice Only |
| 033-0 | GEMB/CHEVRON<br>4125 WINWARD PLZ<br>ALPHARETTA,GA 30005- | | | 0.00 | 0.00 | Notice Only |
| 034-0 | EXXMBLCITI<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195- | | | 0.00 | 0.00 | Notice Only |
| 035-0 | SHELL OIL<br>ATTN CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195-0507 | | | 0.00 | 0.00 | Notice Only |
| 036-0 | CAPITAL ONE<br>AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY,OK 73154- | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

Case 10-70188-hdh13 Doc 22 Filed 09/01/10 Entered 09/01/10 11:59:35 Desc
Page 4 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 4

In RE: JASON WADE VARNER  Case Number  10-70188-HDH-13  9/1/2010

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 037-0 CHASE<br>PO BOX 15298<br>WILMINGTON,DE 19850-5298 | | | 0.00 | 0.00 | Notice Only |
| 851-0 INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA,PA 19114- | | | 0.00 | 0.00 | Notice Only |
| 899-0 WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |
| 900-0 JASON WADE VARNER<br>, | | | 0.00 | 0.00 | Dbtr Refund Not Filed |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey

----------------------------------------
Standing Bankruptcy Trustee